UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAFFINS,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS A. FERRARA, et al.,<br><br>    Defendants. | No. 2:15-cv-0157 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days after the filing date of this order, a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's

///

///

///

1

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 29, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE